NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ANDRES RODRIGUEZ,                      )
                                       )
          Appellant,                   )
                                       )
v.                                     )          Case No. 2D19-767
                                       )
STATE OF FLORIDA,                      )
                                       )
          Appellee.                    )
_____)

Opinion filed October 2, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Polk County; Jalal A. Harb, Judge.

Andres Rodriguez, pro se.

PER CURIAM.

          Affirmed.  See § 775.082(1), Fla. Stat. (2008); Tucker v. State, 726 So. 2d

768 (Fla. 1999); Williams v. State, 707 So. 2d 683 (Fla. 1998); State v. Roby, 246 So.

2d 566 (Fla. 1971); Franke v. State, 997 So. 2d 424 (Fla. 2d DCA 2008); Pratte v. State,

946 So. 2d 1184 (Fla. 2d DCA 2006); Hillman v. State, 410 So. 2d 180 (Fla. 2d DCA

1982); Woodberry v. State, 193 So. 3d 5 (Fla. 4th DCA 2016); Lopez v. State, 833 So.

2d 283 (Fla. 5th DCA 2002).


KELLY, MORRIS, and BADALAMENTI, JJ., Concur.